IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ERIC ROBINSON** **PLAINTIFF**

v. No. 3:23CV210-RP

**TATE REEVES, ET AL.** **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On July 27, 2023, the court entered an order requiring the plaintiff to complete and return forms necessary for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 27, 2024. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 17th day of November, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE